■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v OSVALDO MATOS, Also Known as JOEY, Appellant.—Appeal by the defendant from a judgment of the County Court, Westchester County (Colabella, J.), rendered November 8, 1984.

Ordered that the judgment is affirmed *(see, People v Pellegrino,* 60 NY2d 636; *People v Harris,* 61 NY2d 9; *People v Traynor,* 114 AD2d 643). Mangano, J. P., Brown, Lawrence, Weinstein and Kunzeman, JJ., concur.